UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROSEANNE DIMENCO, TYRONE DICKENS, RICHARD MARLOWE, JUAN ANTONIO MOLINA, NICHOLAS PALAFOX, TONI RANGEL, STARLA ROLLINS, MYKELE SAUNDERS, and MARTHA VAZQUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, DAVID REGAN, and ELISEO MEDINA,<br><br>Defendants. | Case No: C 10-03112 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On January 10, 2011, the Court granted Defendants' motion to disqualify Plaintiffs' counsel. Dkt. 50. The Court granted Plaintiffs thirty days to retain new counsel and to file a substitution of counsel. The Court scheduled a Case Management Conference for April 28, 2011, and directed Plaintiffs to file a joint Case Management Conference Statement at least ten days prior to that date. Plaintiffs have not filed a substitution of counsel nor have they filed a Case Management Conference Statement. The failure to comply with the Federal Rules of Civil Procedure, the Local Rules of the Court or any Court Order is grounds for dismissal of this action under Federal Rule of Civil Procedure 41(b). See Ferdick v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992). Accordingly,

IT IS HEREBY ORDERED THAT:

1. The Case Management Conference previously scheduled for April 28, 2011, is VACATED.

2. The parties shall show cause why the instant action should not be dismissed (1) under Rule 41(b) for failure to comply with a Court order and (2) on mootness grounds, for the reasons set forth in Defendants' Case Management Statement filed on April 18, 2011 (Dkt. 51). Within seven (7) days of the date this order is filed, the parties shall file a Certificate of Counsel to explain why the case should or should not be dismissed. The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposing dismissal and its expected course if not dismissed. FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION, WITHOUT FURTHER NOTICE.

IT IS SO ORDERED.

Dated: April 28, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge